AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Paula Bailey, et al. | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. 19-13442 |
| | ) | |
| Michigan Department of Corrections, et al. | ) | |
| | ) | |
| | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Michigan Department of Corrections

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Rebekah L. Bailey
> 4600 IDS Center
> 80 S. Eighth Street
> Minneapolis, MN 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/A.Flanigan
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 21, 2019



AO 440 (Rev. 06/12) Summons in a Civil Action

---

## Summons and Complaint Return of Service

Case No. 19-13442
Hon. Denise Page Hood

**_(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))_**

This summons for *(name of individual and title, if any)* <u>Michigan Department of Corrections</u>

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| Paula Bailey, et al. | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. 19-13442 |
| | ) | |
| Michigan Department of Corrections, et al. | ) | |
| | ) | |
| | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Heidi Washington

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Rebekah L. Bailey
> 4600 IDS Center
> 80 S. Eighth Street
> Minneapolis, MN 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: <u>s/A.Flanigan</u>

*Signature of Clerk or Deputy Clerk*



Date of Issuance: <u>November 21, 2019</u>

AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No.  19-13442
Hon. Denise Page Hood

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*  Heidi Washington

was received by me on *(date)*                              .

    ❐  I personally served the summons on the individual at *(place)*

        on *(date)*                    ; or

    ❐  I left the summons at the individual's residence or usual place of abode with *(name)*

        , a person of suitable age and discretion who resides there,

    on *(date)*                    , and mailed a copy to the individual's last known address; or

    ❐  I served the summons on *(name of individual)*                              , who is

    designated by law to accept service of process on behalf of *(name of organization)*

        on *(date)*                    ; or

    ❐  I returned the summons unexecuted because                              ; or

    ❐  Other *(specify):*

        .

My fees are $              for travel and $              for services, for a total of $              .

I declare under penalty of perjury that this information is true.

Date:                    

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| Paula Bailey, et al. | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. 19-13442 |
| | ) | |
| Michigan Department of Corrections, et al. | ) | |
| | ) | |
| | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| | ) | |

### SUMMONS IN A CIVIL ACTION

To:    Shawn Brewer

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Rebekah L. Bailey
> 4600 IDS Center
> 80 S. Eighth Street
> Minneapolis, MN 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/A.Flanigan _____
     *Signature of Clerk or Deputy Clerk*

Date of Issuance: November 21, 2019 _____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  19-13442

Hon. Denise Page Hood

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*   Shawn Brewer

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| Paula Bailey, et al. | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. 19-13442 |
| | ) | |
| Michigan Department of Corrections, et al. | ) | |
| | ) | |
| | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Russell Martin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Rebekah L. Bailey
> 4600 IDS Center
> 80 S. Eighth Street
> Minneapolis, MN 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/A.Flanigan _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 21, 2019 _____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  19-13442

Hon. Denise Page Hood

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for *(name of individual and title, if any)*  Russell Martin _____

was received by me on *(date)* _____ .

    ❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏  I returned the summons unexecuted because _____ ; or

    ❏  Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

Paula Bailey, et al.        )
       )
       )
V.        )      Civil Action No. 19-13442
       )
Michigan Department of Corrections, et al.        )
       )
       )      Hon. Denise Page Hood
       )
       )
       )

## SUMMONS IN A CIVIL ACTION

To:    Kenneth Mckee

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Rebekah L. Bailey
       4600 IDS Center
       80 S. Eighth Street
       Minneapolis, MN 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/A.Flanigan _____
          *Signature of Clerk or Deputy Clerk*

Date of Issuance: November 21, 2019 _____



AO 440 (Rev. 06/12) Summons in a Civil Action

---

# Summons and Complaint Return of Service

Case No. 19-13442

Hon. Denise Page Hood

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Kenneth Mckee

was received by me on *(date)* _____ .

❒   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒   I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒   I returned the summons unexecuted because _____ ; or

❒   Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| Paula Bailey, et al. | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No.  19-13442 |
| | ) | |
| Michigan Department of Corrections, et al. | ) | |
| | ) | |
| | ) | Hon.  Denise Page Hood |
| | ) | |
| | ) | |
| | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Lloyd Rapelje

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rebekah L. Bailey
4600 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/A.Flanigan

*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 21, 2019



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 19-13442

Hon. Denise Page Hood

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*   Lloyd Rapelje

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify)*: _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Paula Bailey, et al. | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. 19-13442 |
| | ) | |
| Michigan Department of Corrections, et al. | ) | |
| | ) | |
| | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Lia Gulick

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Rebekah L. Bailey
> 4600 IDS Center
> 80 S. Eighth Street
> Minneapolis, MN 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/A.Flanigan
     *Signature of Clerk or Deputy Clerk*

Date of Issuance: November 21, 2019



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 19-13442

Hon. Denise Page Hood

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*     Lia Gulick _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Paula Bailey, et al. | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. 19-13442 |
| | ) | |
| Michigan Department of Corrections, et al. | ) | |
| | ) | |
| | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| | ) | |

## SUMMONS IN A CIVIL ACTION

To:     David Johnson

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Rebekah L. Bailey
        4600 IDS Center
        80 S. Eighth Street
        Minneapolis, MN 55402

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/A.Flanigan
        *Signature of Clerk or Deputy Clerk*

Date of Issuance: November 21, 2019



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  19-13442

Hon. Denise Page Hood

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*  David Johnson

was received by me on *(date)* _____ .

    ❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❐  I returned the summons unexecuted because _____ ; or

    ❐  Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Paula Bailey, et al. | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. 19-13442 |
| | ) | |
| Michigan Department of Corrections, et al. | ) | |
| | ) | |
| | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Karri Ousterhout

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rebekah L. Bailey
4600 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/A.Flanigan _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 21, 2019 _____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 19-13442

Hon. Denise Page Hood

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*  Karri Ousterhout

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| Paula Bailey, et al. | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. 19-13442 |
| | ) | |
| Michigan Department of Corrections, et al. | ) | |
| | ) | |
| | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Joseph Treppa

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Rebekah L. Bailey
> 4600 IDS Center
> 80 S. Eighth Street
> Minneapolis, MN 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/A.Flanigan
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 21, 2019
_____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  19-13442

Hon. Denise Page Hood

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*  Joseph Treppa

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify)*: _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| Paula Bailey, et al. | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. 19-13442 |
| | ) | |
| Michigan Department of Corrections, et al. | ) | |
| | ) | |
| | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Dan Carter

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Rebekah L. Bailey
> 4600 IDS Center
> 80 S. Eighth Street
> Minneapolis, MN 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/A.Flanigan _____
   *Signature of Clerk or Deputy Clerk*

Date of Issuance: November 21, 2019 _____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 19-13442

Hon. Denise Page Hood

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*    Dan Carter

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| Paula Bailey, et al. | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. 19-13442 |
| | ) | |
| Michigan Department of Corrections, et al. | ) | |
| | ) | |
| | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Richard Bullard

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Rebekah L. Bailey
> 4600 IDS Center
> 80 S. Eighth Street
> Minneapolis, MN 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/A.Flanigan
   *Signature of Clerk or Deputy Clerk*

Date of Issuance: November 21, 2019



AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 19-13442

Hon. Denise Page Hood

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*   Richard Bullard

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify)*: _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Paula Bailey, et al. | ) | |
| | ) | |
| | ) | |
| V. | ) | Civil Action No. 19-13442 |
| | ) | |
| Michigan Department of Corrections, et al. | ) | |
| | ) | |
| | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Toni Moore

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Rebekah L. Bailey
> 4600 IDS Center
> 80 S. Eighth Street
> Minneapolis, MN 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/A.Flanigan _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: November 21, 2019 _____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 19-13442

Hon. Denise Page Hood

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*  Toni Moore

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: