UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PAULA BAILEY; KRYSTAL CLARK; and HOPE ZENTZ,

    Plaintiffs,

v

MICHIGAN DEPARTMENT OF CORRECTIONS; HEIDI WASHINGTON; SHAWN BREWER; RUSSELL MARLAN; KENNETH MCKEE; LLOYD RAPELJE; LIA GULICK; DAVID JOHNSON; KARRI OSTERHOUT; JOSEPH TREPPA; DAN CARTER; RICHARD BULLARD; and TONI MOORE,

    Defendants.

No. 2:19-cv-13442

HON. VICTORIA A. ROBERTS

MAG. ELIZABETH A. STAFFORD

**APPEARANCE OF COUNSEL**

Jonathon R. Marko (P72450)
Marko Law, PLLC
Attorney for Plaintiffs
1300 Broadway St., Ste. 500
Detroit, MI 48326
(313) 777-7529
jon@jmarkolaw.com

Matthew H. Morgan (MN304657)
Rebekah L. Bailey (MN0387013)
Nicole J. Schladt (MN0400234)
Nichols Kaster, PLLP
Attorneys for Plaintiffs
80 South Eight St., Ste. 4600
Minneapolis, MN 55402
(612) 256-3200
morgan@nka.com

John L. Thurber (P44989)
Scott Mertens (P60069)
Kristin M. Heyse (P64353)
Michael Dean (P71333)
Jennifer Foster (P75947)
Assistant Attorneys General
Attorneys for Defendants Brewer, Bullard, Carter, MDOC, Johnson, Washington, Marlan, McKee, Rapelje, Gulick, Treppa & Osterhout
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
thurberj@michigan.gov
mertenss@michigan.gov
HeyseK@michigan.gov
Deanm2@michigan.gov
Fosterj15@michigan.gov

Cary S. McGehee (P42318)
Beth M. Rivers (P33614)
Channing E. Robinson-Holmes (P81698)
Pitt McGehee Palmer & Rivers, P.C.
Attorneys for Plaintiffs
117 W. 4th St., Ste. 200
Royal Oak, MI 48067
(248) 398-9800
cmcgehee@pittlawpc.com

David S. Steingold (P29752)
Law Offices of David S. Steingold, PLLC
Attorney for Plaintiffs
500 Griswold St., Ste. 2320
Detroit, MI 48226
(313) 962-0000
detroitdefender@yahoo.com

Excolo Law, PLLC
Solomon M. Radner (P73653)
Attorney for Plaintiffs
26700 Lahser Rd., Ste. 401
Southfield, MI 48033
(866) 939-2656
sradner@excololaw.com

## APPEARANCE OF COUNSEL

Please enter the appearance of Scott Mertens (P60069), Assistant Attorney General, of the State of Michigan on behalf of Defendant **David Johnson** in addition to **Shawn Brewer, Richard Bullard, Daniel Carter, Lia Gulick**, **Michigan Department of Corrections, Russell Marlan, Kenneth McKee, Karri Osterhout, Lloyd Rapelje, Joseph Treppa and Heidi Washington** in the above-

entitled action.

                        Respectfully submitted,

                        Dana Nessel
                        Attorney General

                        */s/ Scott Mertens*
                        Scott Mertens
                        Assistant Attorney General
                        MDOC Division
                        P.O. Box 30217
                        Lansing, MI 48909
                        (517) 335-3055
                        MertensS@michigan.gov
                        P60069

Date: April 16, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such.

                        */s/ Scott Mertens*
                        Scott Mertens (P60069)
                        Assistant Attorney General
                        MDOC Division
                        P.O. Box 30217
                        Lansing, MI 48909