UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PAULA BAILEY, KRYSTAL CLARK and HOPE ZENTZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEIDI WASHINGTON, JEREMY HOWARD, SHAWN BREWER, KENNETH MCKEE, JEREMY BUSH, LIA GULICK, ED VALLAD, DAVID JOHNSON, KARRI OSTERHOUT, JOSEPH TREPPA, DAN CARTER, RICHARD BULLARD and TONI MOORE, in their individual and official capacity,<br><br>Defendants. | No. 2:19-cv-13442<br><br>HON. VICTORIA A. ROBERTS<br><br>MAG. ELIZABETH A. STAFFORD<br><br>**DEFENDANTS' APPEARANCE OF COUNSEL** |

---

| | |
|---|---|
| **MARKO LAW, PLLC**<br>Jonathan R. Marko (P72450)<br>1300 Broadway Street, Suite 500<br>Detroit, MI 48226<br>(313) 777-7LAW<br>jon@markolaw.com<br><br>**NICHOLS KASTER, PLLP**<br>Matthew H. Morgan (MN304657)<br>Rebekah L. Bailey (MN0387013)<br>Robert L. Schug (MN0387013)<br>Nicole Jean Schladt (MN0400234)<br>80 South Eighth St., Ste 4600<br>Minneapolis, MN 55402<br>(612) 256-3200 | John L. Thurber (P44989)<br>Scott A. Mertens (P60069)<br>Michael R. Dean (P71333)<br>Jennifer Foster (P75947)<br>Kristin M. Heyse (P64353)<br>Zachary A. Zurek (P80116)<br>Assistant Attorneys General<br>Attorneys for Defendants Brewer, Bullard, Carter, Gulick, Johnson, Howard, McKee, Moore, Bush, Treppa, Osterhout, Vallad & Washington<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055 |

**PITT MCGEHEE PALMER &
RIVERS PC**
Cary S. McGehee (P42318)
Beth M. Rivers (P33614)
Channing Robinson-Holmes (P81698)
117 W. 4th Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
cmcgehee@pittlawpc.com

**LAW OFFICES OF DAVID S.
STEINGOLD, PLLC**
David S. Steingold (P29752)
Samantha M. Baker (P83674)
500 Griswold St., Ste. 2320
Detroit, MI 48226
(313) 962-0000
detroitdefender@yahoo.com

**JOHNSON LAW, PLC**
Solomon M. Radner (P73653)
Buhl Building
535 Griswold St, Ste 2632
Detroit, MI 48226
(313) 324-8300
sradner@venjohnsonlaw.com
*Attorneys for Plaintiffs Bailey, Clark and Zentz*

_____/

## MDOC DEFENDANTS' APPEARANCE OF COUNSEL

Please enter the appearance of John L. Thurber (P44989), Assistant Attorney General of the State of Michigan, as Counsel on behalf of Defendants Ed Vallad, Jeremy Bush, Toni Moore and Jeremy Howard in addition to Shawn Brewer, Daniel Carter, Richard Bullard, Karri Osterhout, Joseph Treppa, Heidi Washington, Kenneth

McKee, Lloyd Rapelje, and Lia Gulick in the above-entitled action.

                          Respectfully submitted,

                          Dana Nessel
                          Attorney General

                          */s/ John L. Thurber*
                          John L. Thurber
                          Assistant Attorney General
                          Attorney for MDOC Defendants
                          Michigan Dep't of Attorney General
                          MDOC Division
                          P.O. Box 30217
                          Lansing, MI 48909
                          (517) 335-3055
Dated: April 12, 2021        P44989

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on April 12, 2021, I electronically filed *the foregoing document* together with this *Certificate of Service* with the Clerk of the Court using the ECF System, which will provide electronic copies to parties of record.

                          */s/ John L. Thurber*
                          John L. Thurber (P44989)
                          Assistant Attorney General
                          Attorney for MDOC Defendants
                          Michigan Dep't of Attorney General
                          MDOC Division