# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PAULA BAILEY, KRYSTAL CLARK and HOPE ZENTZ, on behalf of themselves and others similarly situated

    Plaintiffs,

v.

HEIDI WASHINGTON, JEREMY HOWARD, SHAWN BREWER, KENNETH MCKEE, JEREMY BUSH, LIA GULICK, ED VALLAD, DAVID JOHNSON, KARRI OSTERHOUT, JOSEPH TREPPA, DAN CARTER, RICHARD BULLARD and TONI MOORE, in their individual and official capacity,

    Defendants.

No. 2:19-cv-13442

HON. VICTORIA A. ROBERTS

MAG. ELIZABETH A. STAFFORD

**DEFENDANTS' DEMAND FOR JURY TRIAL**

---

**MARKO LAW, PLLC**
Jonathan R. Marko (P72450)
1300 Broadway Street, Suite 500
Detroit, MI 48226
(313) 777-7LAW
jon@markolaw.com

**NICHOLS KASTER, PLLP**
Matthew H. Morgan (MN304657)
Rebekah L. Bailey (MN0387013)
Robert L. Schug (MN0387013)
Nicole Jean Schladt (MN0400234)
80 South Eighth St., Ste 4600
Minneapolis, MN 55402
(612) 256-3200

John L. Thurber (P44989)
Scott A. Mertens (P60069)
Michael R. Dean (P71333)
Jennifer Foster (P75947)
Kristin M. Heyse (P64353)
Zachary A. Zurek (P80116)
Assistant Attorneys General
Attorneys for Defendants Brewer, Bullard, Bush, Carter, Gulick, Howard, Johnson, McKee, Moore, Osterhout, Treppa, Vallad & Washington
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055

**PITT MCGEHEE PALMER &
RIVERS PC**
Cary S. McGehee (P42318)
Beth M. Rivers (P33614)
Channing Robinson-Holmes (P81698)
117 W. 4th Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
cmcgehee@pittlawpc.com

**LAW OFFICES OF DAVID S.
STEINGOLD, PLLC**
David S. Steingold (P29752)
Samantha M. Baker (P83674)
500 Griswold St., Ste. 2320
Detroit, MI 48226
(313) 962-0000
detroitdefender@yahoo.com

**JOHNSON LAW, PLC**
Solomon M. Radner (P73653)
Buhl Building
535 Griswold St, Ste 2632
Detroit, MI 48226
(313) 324-8300
sradner@venjohnsonlaw.com
*Attorneys for Plaintiffs Bailey, Clark
and Zentz*
_____/

## MDOC DEFENDANTS' DEMAND FOR JURY TRIAL

MDOC Defendants Ed Vallad, Jeremy Bush, Toni Moore and Jeremy Howard in addition to Shawn Brewer, Richard Bullard, Dan Carter, Lia Gulick, David Johnson, Kenneth Mckee, Karri Osterhout, Joseph Treppa and Heidi Washington, through undersigned counsel, under Fed. R. Civ. P. 38(b), demand a trial by jury in the above-

captioned matter.

          Respectfully submitted,

          Dana Nessel
          Attorney General

          */s/ John L. Thurber*
          John L. Thurber
          Assistant Attorney General
          Attorney for MDOC Defendants
          Michigan Dep't of Attorney General
          MDOC Division
          P.O. Box 30217
          Lansing, MI 48909
          (517) 335-3055
Dated: April 23, 2021          P44989

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on April 23, 2021, I electronically filed *the foregoing document* together with this *Certificate of Service* with the Clerk of the Court using the ECF System, which will provide electronic copies to parties of record.

          */s/ John L. Thurber*
          John L. Thurber (P44989)
          Assistant Attorney General
          Attorney for MDOC Defendants
          Michigan Dep't of Attorney General
          MDOC Division