# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PAULA BAILEY, KRYSTAL CLARK, and HOPE ZENTZ, on behalf of themselves and others similarly situated,<br><br>             Plaintiffs,<br>v.<br><br>HEIDI WASHINGTON, in her official and individual capacity, JEREMY HOWARD, in his individual and official capacity, SHAWN BREWER, in his official and individual capacity, KENNETH MCKEE, in his individual and official capacity, JEREMY BUSH, in his individual and official capacity, LIA GULICK, in her individual and official capacity, ED VALLAD, in his individual and official capacity, DAVID JOHNSON, in his individual and official capacity, KARRI OSTERHOUT, in her individual and official capacity, JOSEPH TREPPA, in his official and individual capacity, DAN CARTER, in his official and individual capacity, RICHARD BULLARD, in his official and individual capacity, and TONI MOORE, in her official and individual capacity,<br><br>             Defendants. | Case No. 2:19-cv-13442 VAR-EAS<br><br>District Judge Victoria A. Roberts<br>Mag. Judge Elizabeth A. Stafford |

| | |
|---|---|
| **MARKO LAW, PLLC**<br>Jonathan R. Marko (P72450)<br>1300 Broadway Street, Suite 500<br>Detroit, MI 48326<br>P: (313) 777-7LAW<br>jon@jmarkolaw.com | **MI DEP'T OF ATTORNEY GEN.**<br>Scott A. Mertens (P60069)<br>Kristen M. Heyse (P64353)<br>Michael Dean (P71333)<br>Zachary Austin Zurek (P80116)<br>John L. Thurber (P44989)<br>Jennifer A. Foster (P75947)<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>P: (517) 335-3055<br>mertensS@michigan.gov<br><br>*Attorneys for Defendants* |
| **NICHOLS KASTER, PLLP**<br>Matthew H. Morgan (MN304657)<br>Rebekah L. Bailey (MN0389599)<br>Nicole J. Schladt (MN0400234)<br>80 South Eight Street, Suite 4700<br>Minneapolis, MN 55402<br>P: (612) 256-3200<br>morgan@nka.com | |
| **PITT MCGEHEE PALMER & RIVERS PC**<br>Cary S. McGehee (P42318)<br>Beth M. Rivers (P33614)<br>Channing Robinson-Holmes (P81698)<br>117 W. 4th Street, Suite 200<br>Royal Oak, MI 48067<br>P: (248) 398-9800<br>cmcgehee@pittlawpc.com | |
| **LAW OFFICES OF DAVID S. STEINGOLD, PLLC**<br>David S. Steingold (P29752)<br>Samantha M. Baker (P83674)<br>500 Griswold Street, Suite 2320<br>Detroit, MI 48226<br>P: (313) 962-0000<br>detroitdefender@yahoo.com | |
| **EXCOLO LAW, PLLC**<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>P: (866) 939-2656 | |

sradner@excololaw.com

*Attorneys for Plaintiffs and the Putative Classes*

### STIPULATED ORDER CLARIFYING CLAIMS

Plaintiffs Paula Bailey, Krystal Clark, and Hope Zentz, on behalf of themselves and their proposed class actions of similarly situated inmates (collectively "Plaintiffs"), and Defendants the Michigan Department of Corrections, Heidi Washington, Jeremy Howard, Shawn Brewer, Kenneth McKee, Jeremy Bush, Lia Gulick, Ed Vallad, David Johnson, Karri Osterhout, Joseph Treppa, Dan Carter, Richard Bullard, and Toni Moore, ("Defendants"), by and through their above attorneys, hereby submit the following Stipulation to clarify the scope of Plaintiffs' active claims.

**WHEREAS:**

1. Plaintiffs filed a class action complaint on November 20, 2019, (ECF No. 1);

2. On April 20, 2020, Defendants filed a motion to dismiss on several grounds, (ECF Nos. 52, 54), and also separately moved for summary judgment, (ECF Nos. 53, 56);

3. In response to the MDOC Defendants' motion to dismiss, Plaintiffs in part made the following representations:

2

> Under Count II of Plaintiffs' Consolidated Complaint, Plaintiffs bring claims for gross negligence against, in part, Heidi Washington. Defendants argue that Washington is entitled to absolute immunity from tort liability, and the gross negligence claims alleged against her specifically should be dismissed pursuant to Mich. Comp. Laws § 691.1407(5). **Plaintiffs agree to dismiss their negligence count against Defendant Washington only**. Notably, however, Defendant does not argue that any of Plaintiffs' federal claims are barred or that the negligence claim is inappropriate as to any other Defendant, limiting this concession to claims against Washington under Mich. Comp. Laws § 691.1407.

(Pls.' Resp. 21, ECF No. 61 (emphasis added).)

> Defendants correctly interpreted Plaintiffs' reference to the Fourteenth Amendment as applying the Eighth Amendment to the states and not to allege an independent cause of action for violations of due process rights.

(*Id.* 7 n.2.);

4. The Court granted the motion to dismiss without prejudice, (ECF No. 71);

5. Plaintiffs filed their amended complaint, (ECF No. 73), and the Court reopened the case, denying all Defendants' motions to strike, (ECF No. 84).

6. Plaintiffs and Defendants met and conferred on April 13, 2021. Consistent with the statements made by Plaintiffs in responding to Defendants' motion to dismiss, Plaintiffs agreed that they are not presently advancing negligence claims against Defendant Washington and that Plaintiffs are not seeking a standalone 14th Amendment cause of action.

7. The Defendants also represented during the conferral that Defendant

3

Johnson is no longer an employee of the MDOC. Following the conferral, the Defendants represented that McKee is no longer an employee of the MDOC. Given this, Plaintiffs agree that they do not seek injunctive relief from Defendant Johnson or Defendant McKee in their official capacities.

**THEREFORE, IT IS NOW STIPULATED:**

    a)    Plaintiffs' amended class action complaint shall not be interpreted to include a standalone 14th Amendment cause of action;

    b)    Plaintiffs agree to dismiss without prejudice their gross negligence claim against Defendant Washington; and

    c)    Plaintiffs agree to dismiss without prejudice claims for injunctive relief against Defendants Johnson and McKee in their official capacities.

This matter having come before the Court by way of agreement amongst the parties, and the Court being otherwise fully advised in the premises:

**IT IS SO ORDERED.**

Dated: 4/26/2021

s/ Victoria A. Roberts
HON. VICTORIA A. ROBERTS
U.S. District Court Judge

Stipulated and Approved for Entry:

Dated: April 26, 2021

/s/Rebekah L. Bailey
**NICHOLS KASTER, PLLP**
Matthew H. Morgan (MN 304657)
Rebekah L. Bailey (MN 0389599)
Nicole J. Schladt (MN0400234)
80 South Eighth Street, Ste. 4700

/s/John L Thurber (w/ permission)
**MI DEP'T OF ATTORNEY GEN.**
Scott A. Mertens (P60069)
Kristen M. Heyse (P64353)
Michael Dean (P71333)
Zachary Austin Zurek (P80116)

4

Minneapolis, MN 55402
P: (612) 256-3200
F: (612) 338-4878
morgan@nka.com
bailey@nka.com
nschladt@nka.com

**PITT MCGEHEE PALMER & RIVERS PC**
Cary S. McGehee (P42318)
Beth M. Rivers (P33614)
Channing Robinson-Holmes (P81698)
117 W. 4th Street, Suite 200
Royal Oak, MI  48067
P: (248) 398-9800
cmcgehee@pittlawpc.com
brivers@pittlawpc.com
crobinson@pittlawpc.com

**MARKO LAW, PLLC**
Jonathan R. Marko (P72450)
1300 Broadway Street, Suite 500
Detroit, MI 48326
P: (313) 777-7LAW
jon@jmarkolaw.com

**LAW OFFICES OF DAVID S. STEINGOLD, PLLC**
David S. Steingold (P29752)
Samantha M. Baker (P83674)
500 Griswold Street, Suite 2320
Detroit, MI 48226
P: (313) 962-0000
detroitdefender@yahoo.com
samanthabaker@thedetroitdefender.com

**EXCOLO LAW, PLLC**
26700 Lahser Road, Suite 401
Southfield, MI 48033
P: (866) 939-2656

John L. Thurber (P44989)
Jennifer A. Foster (P75947)
MDOC Division
P.O. Box 30217
Lansing, MI  48909
P: (517) 335-3055
mertenss@michigan.gov
fosterj15@michigan.gov
thurberj@michigan.gov
heysek@michigan.gov
deanm2@michigan.gov
zurekz1@michigan.gov

**ON BEHALF OF DEFENDANTS**

5

sradner@excololaw.com

**ON BEHALF OF THE PLAINTIFFS
AND THE PUTATIVE CLASSES**