# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PAULA BAILEY, KRYSTAL CLARK, and HOPE ZENTZ, on behalf of themselves and others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>HEIDI WASHINGTON, in her official and individual capacity, JEREMY HOWARD, in his individual and official capacity, SHAWN BREWER, in his official and individual capacity, KENNETH MCKEE, in his individual and official capacity, JEREMY BUSH, in his individual and official capacity, LIA GULICK, in her individual and official capacity, ED VALLAD, in his individual and official capacity, DAVID JOHNSON, in his individual and official capacity, KARRI OSTERHOUT, in her individual and official capacity, JOSEPH TREPPA, in his official and individual capacity, DAN CARTER, in his official and individual capacity, RICHARD BULLARD, in his official and individual capacity, and TONI MOORE, in her official and individual capacity,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-13442 VAR-EAS<br><br>District Judge Victoria A. Roberts<br>Mag. Judge Elizabeth A. Stafford |

| | |
|---|---|
| **MARKO LAW, PLLC**<br>Jonathan R. Marko (P72450)<br>1300 Broadway Street, Suite 500<br>Detroit, MI 48326<br>P: (313) 777-7LAW<br>jon@jmarkolaw.com | **MI DEP'T OF ATTORNEY GEN.**<br>Scott A. Mertens (P60069)<br>Kristen M. Heyse (P64353)<br>Michael Dean (P71333)<br>Zachary Austin Zurek (P80116)<br>John L. Thurber (P44989)<br>Jennifer A. Foster (P75947)<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>P: (517) 335-3055<br>mertensS@michigan.gov |
| **NICHOLS KASTER, PLLP**<br>Matthew H. Morgan (MN304657)<br>Rebekah L. Bailey (MN0389599)<br>Nicole J. Schladt (MN0400234)<br>80 South Eight Street, Suite 4700<br>Minneapolis, MN 55402<br>P: (612) 256-3200<br>morgan@nka.com | *Attorneys for Defendants* |
| **PITT MCGEHEE PALMER & RIVERS PC**<br>Cary S. McGehee (P42318)<br>Beth M. Rivers (P33614)<br>Channing Robinson-Holmes (P81698)<br>117 W. 4th Street, Suite 200<br>Royal Oak, MI 48067<br>P: (248) 398-9800<br>cmcgehee@pittlawpc.com | |
| **LAW OFFICES OF DAVID S. STEINGOLD, PLLC**<br>David S. Steingold (P29752)<br>Samantha M. Baker (P83674)<br>500 Griswold Street, Suite 2320<br>Detroit, MI 48226<br>P: (313) 962-0000<br>detroitdefender@yahoo.com | |
| **EXCOLO LAW, PLLC**<br>Ari Kresch (P29593)<br>26700 Lahser Road, Suite 301<br>Southfield, MI 48033<br>P: (866) 939-2656 | |

akresch@excololaw.com

*Attorneys for Plaintiffs and the Putative Classes*

# SUBSTITUTION OF ATTORNEYS

TO: CLERK OF THE COURT

PLEASE TAKE NOTICE that it is stipulated and agreed that ARI KRESCH of the firm Excolo Law, PLLC, be substituted in the place of attorney Solomon M. Radner formerly of the firm Excolo Law, PLLC, as co-counsel of record for all Plaintiffs and the Putative Class, in the above-captioned matter. I also request a withdrawal of Solomon M. Radner (P73653), from this case.

|  |  |
|---|---|
|  | Respectfully submitted, <br> EXCOLO LAW PLLC |
| Dated: May 7, 2021 |  |
| By: /s/ Solomon M. Radner (w/permission) | By: */s/ Ari Kresch* <br> Ari Kresch (P29593) <br> Attorney for Plaintiff <br> 26700 Lahser Rd., Suite 301 <br> Southfield, MI  48033 <br> (248) 565-2099 <br> akresch@excololaw.com |

# CERTIFICATE OF SERVICE

Undersigned hereby states that on May 7, 2021, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all counsel of record through the Court's CM/ECF electronic filing system.

*/s/ Ari Kresch*

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA BAILEY, KRYSTAL CLARK, )
and HOPE ZENTZ, on behalf of )
themselves and others similarly situated, )
)
        Plaintiffs, )
  v. )
)
HEIDI WASHINGTON, in her official ) and   Case No. 2:19-cv-13442 VAR-EAS
individual capacity, JEREMY ) HOWARD,
in his individual and official ) capacity,   District Judge Victoria A. Roberts
SHAWN BREWER, in his ) official and   Mag. Judge Elizabeth A. Stafford
individual capacity, ) KENNETH MCKEE,
in his individual ) and official capacity,
JEREMY BUSH, in ) his individual and
official capacity, LIA ) GULICK, in her
individual and official ) capacity, ED
VALLAD, in his individual ) and official
capacity, DAVID ) JOHNSON, in his
individual and official ) capacity, KARRI
OSTERHOUT, in her ) individual and
official capacity, JOSEPH )TREPPA, in his
official and individual ) capacity, DAN
CARTER, in his official ) and individual
capacity, RICHARD ) BULLARD, in his
official and individual )capacity, and TONI
MOORE, in her ) official and individual
capacity, )
)
        Defendants. )
)
_____ )

1

**MARKO LAW, PLLC**
Jonathan R. Marko (P72450)
1300 Broadway Street, Suite 500
Detroit, MI 48326
P: (313) 777-7LAW
jon@jmarkolaw.com

**NICHOLS KASTER, PLLP**
Matthew H. Morgan (MN304657)
Rebekah L. Bailey (MN0389599)
Nicole J. Schladt (MN0400234)
80 South Eight Street, Suite 4700
Minneapolis, MN 55402
P: (612) 256-3200
morgan@nka.com

**PITT MCGEHEE PALMER & RIVERS PC**
Cary S. McGehee (P42318)
Beth M. Rivers (P33614)
Channing Robinson-Holmes (P81698)
117 W. 4th Street, Suite 200
Royal Oak, MI 48067
P: (248) 398-9800
cmcgehee@pittlawpc.com

**LAW OFFICES OF DAVID S. STEINGOLD, PLLC**
David S. Steingold (P29752)
Samantha M. Baker (P83674)
500 Griswold Street, Suite 2320
Detroit, MI 48226
P: (313) 962-0000
detroitdefender@yahoo.com

**EXCOLO LAW, PLLC**
Ari Kresch (P29593)
26700 Lahser Road, Suite 301
Southfield, MI 48033
P: (866) 939-2656

**MI DEP'T OF ATTORNEY GEN.**
Scott A. Mertens (P60069)
Kristen M. Heyse (P64353)
Michael Dean (P71333)
Zachary Austin Zurek (P80116)
John L. Thurber (P44989)
Jennifer A. Foster (P75947)
MDOC Division
P.O. Box 30217
Lansing, MI 48909
P: (517) 335-3055
mertensS@michigan.gov

*Attorneys for Defendants*

1

akresch@excololaw.com

*Attorneys for Plaintiffs and the Putative Classes*

_____

# ORDER FOR SUBSTITUTION OF ATTORNEYS

At a session of Court, held in the City of Detroit, County of Wayne, State of Michigan, on _____.

PRESENT: HON. _____

Upon reading and filing of the Stipulation between the parties to the above-entitled cause;

IT IS ORDERED that Ari Kresch, of the law firm of Excolo Law, PLCL, be substituted in the place and stead of Solomon M. Radner, formerly of the law firm of Excolo Law, PLLC.

_____
DISTRICT COURT JUDGE