# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PAULA BAILEY, KRYSTAL CLARK, and HOPE ZENTZ, on behalf of themselves and others similarly situated,

    *Plaintiffs*,

v.

HEIDI WASHINGTON, SHAWN BREWER, RICHARD BULLARD, DAN CARTER, LIA GULICK, DAVID JOHNSON, KENNETH MCKEE, KARRI OSTERHOUT, TONI MOORE, JOSEPH TREPPA, ED VALLAD, JEREMY BUSH, and JEREMY HOWARD in their individual and official capacities,

    *Defendants*.
_____/

Case No. 2:19-cv-13442

Hon. Victoria A. Roberts
Mag. Elizabeth A. Stafford

## AMENDED NOTICE OF APPEARANCE OF COUNSEL

NOW COMES attorney Solomon M. Radner, of counsel to Excolo Law, PLLC, and hereby enters his Notice of Appearance as co-liaison counsel of record for the Plaintiffs in the above-captioned matter, PAULA BAILEY, KRYSTAL CLARK, and HOPE ZENTZ, on behalf of themselves and others similarly situated.

1

Respectfully submitted,

Dated: March 29, 2022   By:   */s/ Solomon M. Radner*
Solomon M. Radner (P73653)
Attorney for Plaintiffs
17515 W Nine Mile Rd., Suite 1175
Southfield, MI 48075
(313) 355-3425
solomon@radnerlawgroup.com

## CERTIFICATE OF SERVICE

Undersigned hereby states that on March 29, 2022, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all parties via their respective counsel of record through the Court's CM/ECF electronic filing system.

*/s/ Solomon M. Radner*