UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA BAILEY, et al., on behalf of
Themselves and other similarly situated,

    Plaintiffs,

v.

HEIDI WASHINGTON, et al.,

    Defendants.

_____/

Case No. 19-13442
Honorable Victoria A. Roberts

## ORDER:
## (1) LIFTING STAY;
## (2) MOOTING DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 147];
## (3) SETTING BRIEFING SCHEDULE;
## (4) SETTING HEARING; AND
## (5) STAYING DISCOVERY

    The court previously stayed the above-captioned case so the parties could engage in joint mediation. The Court now lifts that stay.

    On June 27, 2023, the Court held a status conference on the record via Zoom. We discussed the parties' failed mediation efforts, Defendants' motion for leave to file a motion for judgment on the pleadings, and Defendants' motion to stay discovery further.

Attending were Matthew Morgan, Cary McGehee, Melanie Johnson and Jonathan Marko representing Plaintiffs and Joshua Smith and Kristin Heyse representing Defendants.

In their motion for leave to file a motion for judgment on the pleadings, Defendants contend they are entitled to qualified immunity. Defendants must file their qualified immunity motion by July 5, 2023. Plaintiffs' response is due by July 26, 2023. Defendants agree to expedite their reply brief, which is due by August 4, 2023. The Court will hear oral arguments in person on **August 15, 2023, at 8:30AM EST**. There will be no extension of these dates.

Discovery is **STAYED** until the qualified immunity motion is resolved.

**IT IS ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  7/9/2023