UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA BAILEY, et al.,

Plaintiff,

v.

HEIDI WASHINGTON, et al.,

Defendants.
______________________________/

Case No. 2:19-cv-13442

HONORABLE STEPHEN J. MURPHY, III

**ORDER GRANTING IN PART**
**THE MOTION FOR AN EVIDENTIARY HEARING [192]**
**AND REFERRING THE CASE TO THE MAGISTRATE JUDGE**

Plaintiffs Paula Bailey, Krystal Clark, and Hope Zentz sued several Defendants under 42 U.S.C. § 1983 and various State laws for constitutional violations relating to a mold and ventilation issue at Huron Valley Correctional Facility for Women (WHV). ECF 161. After Plaintiffs amended their complaint, Defendants moved for summary judgment and argued, for the second time, that Plaintiffs failed to properly exhaust their administrative remedies. ECF 177. The Court again denied Defendants' motion and reasoned that Plaintiffs demonstrated "sufficient appropriate efforts to comply with administrative procedures" to survive summary judgment. ECF 191, PgID 4282–83. Defendants moved for an evidentiary hearing or a bench trial "to resolve the remaining issues of fact regarding whether Plaintiffs exhausted their administrative remedies" and, in the alternative, for reconsideration. ECF 192, PgID 4287. The Court will grant the motion for an evidentiary hearing and refer the case to Magistrate Judge Elizabeth Stafford for an

evidentiary hearing on the issue of exhaustion and will deny the motion for reconsideration. *See Lee v. Willey*, 789 F.3d 673, 678 (6th Cir. 2015) (noting that because exhaustion is a "threshold issue[]," "disputed issues of fact regarding exhaustion" may be decided in a bench trial).

Because the Court will grant the motion for an evidentiary hearing, it need not address Defendants' motion for reconsideration in the alternative.

**WHEREFORE**, it is hereby **ORDERED** that the motion for an evidentiary hearing and, in the alternative, motion for reconsideration [192] is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that the case is **REFERRED** to Magistrate Judge Elizabeth Stafford for an evidentiary hearing on the issue of exhaustion.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: August 5, 2024