UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA BAILEY, individually, and KRYSTAL CLARK, and HOPE ZENTZ, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

HEIDI WASHINGTON, JEREMY HOWARD, SHAWN BREWER, KENNETH MCKEE, JEREMY BUSH, LIA GULICK, ED VALLAD, DAVID JOHNSON, KARRI OSTERHOUT, JOSEPH TREPPA, DAN CARTER, JOEL DREFFS, RICHARD BULLARD, and TONI MOORE, in their official and individual capacity,

    Defendants.

No. 2:19-cv-13442

HON. STEPHEN J. MURPHY, III

MAG. ELIZABETH A. STAFFORD

**DEFENDANTS' NOTICE OF APPEAL**

_____

**MARKO LAW, PLLC**
Jonathan R. Marko (P72450)
220 W. Congress, Fourth Floor
Detroit, MI 48226
(313) 777-7LAW
jon@jmarkolaw.com

**NICHOLS KASTER, PLLP**
Matthew H. Morgan (MN304657)
Rebekah L. Bailey (MN0389599)
80 South Eight Street, Ste 4700
Minneapolis, MN 55402
(612) 256-3200

**Michigan Dep't of Attorney General**
Joshua S. Smith (P63349)
Kristin M. Southerland (P64353)
John L. Thurber (P44989)
Michael R. Dean (P71333)
Jennifer A. Foster (P75947)
Sara E. Trudgeon (P82155)
William J. Predhomme II (P81527)
Assistant Attorneys General
Attorneys for Defendants Brewer, Bush, Bullard, Carter, Dreffs, Gulick, Howard, Johnson, McKee, Moore, Osterhout, Treppa, Vallad & Washington

morgan@nka.com
bailey@nka.com

**PITT MCGEHEE PALMER & RIVERS PC**
Cary S. McGehee (P42318)
Beth M. Rivers (P33614)
Channing Robinson-Holmes (P81698)
117 W. 4th Street, Ste 200
Royal Oak, MI 48067
(248) 398-9800
cmcgehee@pittlawpc.com
brivers@pittlawpc.com
crobinson@pittlawpc.com

**LAW OFFICES OF DAVID S. STEINGOLD, PLLC**
David S. Steingold (P29752)
Samantha Baker (P83674)
500 Griswold Street, Ste. 2320
Detroit, MI 48226
(313) 962-0000
detroitdefender@yahoo.com

**EXCOLO LAW, PLLC**
Ari Kresch (P29593)
26700 Lahser Road, Ste. 301
Southfield, MI 48033
(866) 939-2656
akresch@1800lawfirm.com

**THE LAW OFFICE OF KEITH ALTMAN**
Solomon A. Radner (P73653)
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
(248) 987-8929
solomonradner@kaltmanlaw.com

*Attorneys for Plaintiffs & the Putative Classes*

Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
Deanm2@michigan.gov
Smithj191@michigan.gov

_____/

## DEFENDANTS' NOTICE OF APPEAL

Defendants Heidi Washington, Shawn Brewer, Richard Bullard, Dan Carter, Lia Gulick, David Johnson, Kenneth McKee, Karri Osterhout, Toni Moore, Joseph Treppa, Ed Vallad, Jeremy Bush, Jeremy Howard, and Joel Dreffs, by and through counsel, hereby provide notice that they now appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's Order Denying Defendants' Motion for Judgment on the Pleadings (ECF No. 184) entered on June 24, 2025.

Respectfully submitted,

*/s/ Joshua S. Smith*
Joshua S. Smith
Assistant Attorney General
Attorney for MDOC Defendants
Michigan Dep't of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
smithj191@michigan.gov
Dated: July 7, 2025   P63349

## CERTIFICATE OF SERVICE (EFILE)

I hereby certify that on July 7, 2025, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ *Joshua S. Smith*
Joshua S. Smith (P63349)
Assistant Attorney General
Attorney for MDOC Defendants
Corrections Division