**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 06, 2026

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 25-1608
*Paula Bailey, et al v. MDOC, et al*
Originating Case No. 2:19-cv-13442

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Avery Cook-Porter, Clerical Intern
Appeal Case Manager: Gretchen

cc: Ms. Rebekah Lynn Bailey
Ms. Samantha Marie Baker
Ms. Grace Irene Chanin
Mr. Shiraz K. Khan
Mr. Jonathan Robert Marko
Ms. Cary S. McGehee
Mr. Matthew H. Morgan
Ms. Beth M. Rivers
Ms. Channing Elizabeth Robinson-Holmes
Mr. Joshua Sean Smith
Mr. David S. Steingold

Enclosure

Case: 25-1608 Document: 27 Filed: 11/06/2026 Page: 2

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 25-1608

---

Filed: November 06, 2026

PAULA BAILEY; KRYSTAL CLARK; HOPE ZENTZ

Plaintiffs - Appellees

v.

MICHIGAN DEPARTMENT OF CORRECTIONS

Defendant

HEIDI E. WASHINGTON; JEREMY HOWARD; SHAWN BREWER; KENNETH T. MCKEE; JEREMY BUSH; LIA GULICK; ED VALLARD; DAVID JOHNSON; KARRI OUSTERHOUT; JOSEPH TREPPA; DAN CARTER; JOEL DREFFS; RICHARD BULLARD; TONI MOORE

Defendants - Appellants

MANDATE

Pursuant to the court's disposition that was filed 10/15/2026 the mandate for this case hereby issues today.

COSTS: None